# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Cooperation Funds,<br>Plaintiff,<br>V.<br>Central Decorating, Inc., an Illinois corporation<br>Defendants, | Case Number:<br>FILED: MARCH 20, 2008<br>08CV1630             CEM<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| JAMES R. ANDERSON |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/James R. Anderson |
| FIRM<br>ARNOLD AND KADJAN |
| STREET ADDRESS<br>19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP<br>CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6206500 | TELEPHONE NUMBER<br>(312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐     NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐     NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |