AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS
PENSION, WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP,
AND COOPERATION FUNDS
        Plaintiffs,

CASE NUMBER: 08CV1630

V.

ASSIGNED JUDGE: JUDGE LEINENWEBER

CENTRAL DECORATING, INC.,
AN ILLINOIS CORPORATION

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE

        Defendant.

TO: (Name and address of Defendant)

    CENTRAL DECORATING, INC.
    C/O ITS REGISTERED AGENT, ROBERT SAMKO
    100 WEST MONROE, STE. 1900
    CHICAGO, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    JAMES R. ANDERSON
    ANTHONY B. SANDERS
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK

March 20, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]
DATE 8/18/08

NAME OF SERVER (PRINT) Renee McDowell
TITLE Law Clerk

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
100 W. Monroe Ste. 1900 Chgo, IL 60603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| —      | —        | —     |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/18/08
Signature of Server: Renee E. McDowell

Address of Server: 19 W. Jackson Blvd, Chgo, IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.